# EXHIBIT C



Search...

Call us toll free:
**1-866-957-8368**

**$ 525.99**

| Home | Party Tents | Pop Up Tents | Carports | Patio and Garden | Greenhouses | Hammocks | Accessories |

**Your Account**

Log in to your account

Create an account

**Main Menu**

Home

Party Tents

Pop Up Tents

Carports

Patio and Garden

Greenhouses

Hammocks

Accessories

**Shop by Price**

$0-$199.99

$200-$399.99

$400-$599.99

$600-$799.99

$800-$999.99

$1000 and up

**Shop by Color**

Black

Blue

Camouflage

Emerald

Maroon

Orange

Pink

Red

Purple

White

Yellow

Home » Carport Canopy » Carport 20'x13'x12' Grey/White



  

  



### Carport 20'x13'x12' Grey/White

~~$599.99~~

**$525.99**

**Add to Cart**

Qty:
1

Super heavy-duty & waterproof with a commercial grade polyethylene cover, this carport will protect your car or boat from the worst elements. The double zipper front and back doors completely enclose the carport. The galvanized steel frame is made to last a lifetime.

**Features:**

- High quality, rust & corrosion resistant powder coated steel framework
- Chemically heat bonded polyethylene cover with enhanced weave
- 100% waterproof
- 2 zipper doors
- Ratchet clamps
- Steel foot plates
- Easy to set up
- All necessary hardware included

**Specifications:**

- Structure Size: 20'L x 13'W x 12'H (4x6.1x3.7m)
- Frame: Powder coated steel
- Cover: Strong 300g/m2 PE with UV protection
- Tube: Diameter: 1.26" (32mm); Thickness: 1.2mm
- Connector: Diameter: 1" (25mm); Thickness: 1.1mm
- Door Dimensions: 6.7'H x 10'W
- Color: Grey (top); White (back)
- Canopy Weight: 242 pounds

← Previous Product   Next Product →





| Search | About Us | FAQ | Privacy Policy |

Copyright © 2017 Deltacanopy | All prices in USD | *This store is PCI Compliant*

