# EXHIBIT D

 Your one-stop savings spot    learn more

## Sears

**Members earn 10% in points on Sears Marketplace purchases**  see details

Home / Lawn & Garden / Sheds & Outdoor Storage / Sheds & Storage Buildings /

# DELTA Canopies 20'x13'x12' Garage Storage Silver Canopy Shed Carport



Sold by: **Delta Canopies**
a **Sears Marketplace** seller

Regular price        $579.99
**Your savings**      - $50.00

# $529.99

Earn **$52.99 in points**
to use later

**In stock for shipping**
Enter location for availability

**Store Pickup Not Available**

add to list ▾    add to registry ▾

### Description    Item # SPM13577999419 Model # CP-2013

View Alaska/Hawaii Pricing

This carport offers great protection for your car or boat. The double zipper front and back doors completely enclose the carport. Super heavy-duty & waterproof with a commercial grade protects your car or boat from the worst elements. The carport's